IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:22-CR-10008 |
| ) | |
| RODDY GEORGE JACKSON ) | |

**FINAL ORDER OF FORFEITURE**

On February 7, 2024, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 63). In the Preliminary Order of Forfeiture, one Apple iPhone wireless telephone assigned IMEI number: 351330880441601; one Lenova laptop, serial number: MP1GSQUD; one Apple iPhone, model A2275, IMEI number: 356462106127154, were forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On April 16, 2024, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was June 10, 2024. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 7, 2024, shall become final at this time.

IT IS SO ORDERED this 23rd day of august, 2024.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE